THE STATE, EX REL. ATTORNEY-GENERAL, PLAINTIFF IN ERROR, v. MAYOR, &c., OF BELMAR, DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Edward A. Armstrong.*

For the defendants in error, *Halsted H. Wainright.*

PER CURIAM.

Judgment is reversed and the case remanded to the Supreme Court. This reversal involves only the decision that the act

of 1890 is unconstitutional. If the act of 1896 is to be pleaded it must be upon application for that purpose to the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LUDLOW, BOGERT, DAYTON, HENDRICKSON, KRUEGER, NIXON. 12.

*For reversal*—None.